UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| NICHOLAS MUNNELL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>REWARD ZONE USA, LLC,<br>FLUENT, INC.<br><br>　　　　　　Defendants. | Case No. 2:21-cv-2037 |

## NOTICE OF VOLUNTARY DISMISSAL

AND NOW, Plaintiff Nicholas Munnell hereby files his notice of voluntary dismissal of his claims against Defendants Reward Zone USA, LLC and Fluent, Inc. without prejudice, pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted,

KIMMEL & SILVERMAN, P.C.

By: /s/ *Jacob U. Ginsburg*
Jacob U. Ginsburg (admitted *pro hac vice*)
30 East Butler Avenue
Ambler, PA 19002
Phone: (215) 540 -8888
Facsimile (877) 788-2864
Email: jginsburg@creditlaw.com
teamkimmel@creditlaw.com

*Counsel for Plaintiff*

DATED: December 17, 2021.

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 17, 2021, I filed the foregoing notice with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this action.

    */s/ Jacob U. Ginsburg*