IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **NICHOLAS MUNNELL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:21-cv-2037-JTF-cgc |
| ) | |
| **REWARD ZONE USA, LLC, and** ) | |
| **FLUENT, INC.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is a Notice of Voluntary Dismissal filed by Plaintiff Nicholas Munnell on December 17, 2021. (ECF No. 35.) In his Notice, Plaintiff voluntarily dismisses his claims against the Defendants, Reward Zone USA, LLC and Fluent, Inc., without prejudice. Accordingly, this case is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a).

**IT IS SO ORDERED** this 19th day of January, 2022.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE