IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **NICHOLAS MUNNELL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 21-cv-2037-JTF-cgc |
| ) | |
| **REWARD ZONE USA, LLC, and** ) | |
| **FLUENT, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

# JUDGMENT

Decision by Court.   This action came for consideration before the Court.   The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is Dismissed without Prejudice in accordance with the Notice of Voluntary Dismissal filed on December 17, 2021, and the Order of Dismissal without Prejudice entered on January 19, 2022.

**APPROVED:**

*s/John T. Fowlkes, Jr.*  
JOHN T. FOWLKES, JR.  
UNITED STATES DISTRICT JUDGE

January 19, 2022  
DATE

THOMAS M. GOULD  
CLERK

s/Lorri J. Fentress  
(BY) LAW CLERK